479 A.2d 1140

Commonwealth v. Banis, Appellant.

Submitted April 2, 1984. Joseph F. Sklarosky, First Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.